IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL A. JOHNSON, | : | |
| Plaintiff | : | |
| VS. | : | |
| UNKNOWN DEFENDANT(S), | : | NO. 7:05-cv-116(HL) |
| Defendant | : | **O R D E R** |

Plaintiff **MICHAEL A. JOHNSON**, a prisoner at Valdosta State Prison in Valdosta, Georgia, has submitted a *pro se* letter to this Court. Although not in the form of a 42 U.S.C. § 1983 complaint, this Court has docketed plaintiff's filing as such. Without passing judgment on the ultimate determination of the merits of plaintiff's claims, the Court observes that the plaintiff has failed to present his claims on the standard 42 U.S.C. § 1983 forms required by this Court. Nor has the plaintiff submitted the initial filing fee of $250.00 or a financial affidavit seeking leave to proceed *in forma pauperis*.

Accordingly, plaintiff is hereby **ORDERED** to complete and submit a 42 U.S.C. § 1983 form AND either submit the full initial filing fee of $250.00, or execute and return a financial affidavit seeking leave to proceed *in forma pauperis* including a copy of his trust fund account balance.

In completing the Court's section 1983 form, plaintiff is instructed to name as defendants herein all specific individuals who he contends were responsible for the alleged mistreatment set forth in his "complaint." With each named defendant, plaintiff should explain the actions taken by each such individual or the duties he or she failed to perform. To the extent possible, plaintiff

should specify the dates on which each alleged event occurred.

Plaintiff is advised that in completing his statement of claim, he must present facts specific to himself. Injury to other inmates is insufficient to support a section 1983 claim by plaintiff. *See Allen v. Wright*, 468 U.S. 737, 751 (1984) (a party generally may assert only his or her own rights and cannot raise the claims of third parties not before the court). The right to bring a section 1983 action is personal in nature

Plaintiff shall have thirty (30) days from the date of his receipt of this order to provide the aforementioned information. Plaintiff is advised that failure to submit the form, pay the fee or submit the required affidavit may result in dismissal of this action. There shall be no service of process until further order of the Court.

The Clerk of Court is **DIRECTED** to forward the appropriate section 1983 forms and financial affidavit to the plaintiff together with a copy of this order.

**SO ORDERED**, this _____ day of November, 2005.

_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE