IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY JOHNSON, | : | |
| Plaintiff | : | |
| VS. | : | |
| GDOC Commissioner JAMES DONALD, *et al.*, | : | NO. 7:05-CV-116(HL) |
| Defendants | : | **O R D E R** |

*Pro se* plaintiff **MICHAEL ANTHONY JOHNSON**, an inmate at Calhoun State Prison in Morgan, Georgia, has filed a motion to proceed *in forma pauperis* on appeal from the Court's March 21, 2006, order (Tab # 17) dismissing plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2). In the Court's best judgment, an appeal from its order cannot be taken in good faith. 28 U.S.C. § 1915(a)(3). Plaintiff's claims challenging certain policies and practices at Valdosta State Prison, where plaintiff was previously confined, are frivolous, as explained in the Court's March 21th order. Accordingly, having been carefully considered, plaintiff's motion to proceed IFP on appeal is hereby **DENIED**.

If plaintiff wishes to proceed with his appeal, he must pay the entire $455 appellate filing fee. Because plaintiff has stated that he cannot pay the $455 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to section 1915(b), the prison account custodian where plaintiff is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to plaintiff's account until the

$455 appellate filing fee has been paid in full.  Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $10 until the total filing fee of $455 has been paid.  Checks should be made payable to "Clerk, U.S. District Court."     A copy of this order shall be served upon plaintiff's prison account custodian.

**SO ORDERED**, this 23rd day of June, 2006.


s/    **Hugh Lawson**
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr